# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-419-862**
**Effective Date of Registration:**
July 31, 2024
**Registration Decision Date:**
October 30, 2024

## Title

       **Title of Work:** 8 Rainbow Birds on Branch

## Completion/Publication

      **Year of Completion:** 2022
      **Date of 1st Publication:** March 16, 2022
      **Nation of 1st Publication:** United Kingdom

## Author

          • **Author:** Sophie Kirkpatrick
      **Author Created:** 3-D artwork
         **Citizen of:** United Kingdom

## Copyright Claimant

      **Copyright Claimant:** Sophie Kirkpatrick
      6 South Bridge Close, Oundle, Peterborough, PE84DH, United Kingdom

## Certification

           **Name:** Daniel Lachman
            **Date:** July 31, 2024

      **Correspondence:** Yes



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-419-864**
**Effective Date of Registration:**
July 31, 2024
**Registration Decision Date:**
October 30, 2024

---

**Title**

Title of Work: 10 Rainbow Birds on branch

**Completion/Publication**

Year of Completion: 2022
Date of 1st Publication: March 16, 2022
Nation of 1st Publication: United Kingdom

**Author**

- Author: Sophie Kirkpatrick
Author Created: 3-D artwork
Citizen of: United Kingdom

**Copyright Claimant**

Copyright Claimant: Sophie Kirkpatrick
6 South Bridge Close, Peterborough, PE84DH, United Kingdom

---

**Certification**

Name: Daniel Lachman
Date: July 31, 2024

---

Correspondence: Yes

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-419-866**
Effective Date of Registration:
July 31, 2024
Registration Decision Date:
October 30, 2024

## Title

Title of Work: 12 Rainbow Birds on Branch

## Completion/Publication

Year of Completion: 2022
Date of 1st Publication: March 16, 2022
Nation of 1st Publication: United Kingdom

## Author

- Author: Sophie Kirkpatrick
  Author Created: 3-D artwork
  Citizen of: United Kingdom

## Copyright Claimant

Copyright Claimant: Sophie Kirkpatrick
6 South Bridge Cl, Oundle, Peterborough, PE8 4DH, United Kingdom

## Certification

Name: Daniel Lachman
Date: July 31, 2024

Correspondence: Yes

Page 1 of 1

