# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
**VA 2-419-862**
**Effective Date of Registration:**
July 31, 2024
**Registration Decision Date:**
October 30, 2024

## Title

Title of Work: 8 Rainbow Birds on Branch

## Completion/Publication

Year of Completion: 2022
Date of 1st Publication: March 16, 2022
Nation of 1st Publication: United Kingdom

## Author

- Author: Sophie Kirkpatrick
  Author Created: 3-D artwork
  Citizen of: United Kingdom

## Copyright Claimant

Copyright Claimant: Sophie Kirkpatrick
6 South Bridge Close, Oundle, Peterborough, PE84DH, United Kingdom

## Certification

Name: Daniel Lachman
Date: July 31, 2024

Correspondence: Yes

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-419-864**
**Effective Date of Registration:**
July 31, 2024
**Registration Decision Date:**
October 30, 2024

---

## Title
Title of Work: 10 Rainbow Birds on branch

## Completion/Publication
Year of Completion: 2022
Date of 1st Publication: March 16, 2022
Nation of 1st Publication: United Kingdom

## Author
- Author: Sophie Kirkpatrick
  Author Created: 3-D artwork
  Citizen of: United Kingdom

## Copyright Claimant
Copyright Claimant: Sophie Kirkpatrick
6 South Bridge Close, Peterborough, PE84DH, United Kingdom

---

## Certification
Name: Daniel Lachman
Date: July 31, 2024

---

Correspondence: Yes

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**VA 2-419-866**
Effective Date of Registration:
July 31, 2024
Registration Decision Date:
October 30, 2024

## Title
Title of Work: 12 Rainbow Birds on Branch

## Completion/Publication
Year of Completion: 2022
Date of 1st Publication: March 16, 2022
Nation of 1st Publication: United Kingdom

## Author
- Author: Sophie Kirkpatrick
  Author Created: 3-D artwork
  Citizen of: United Kingdom

## Copyright Claimant
Copyright Claimant: Sophie Kirkpatrick
6 South Bridge Cl, Oundle, Peterborough, PE8 4DH, United Kingdom

## Certification
Name: Daniel Lachman
Date: July 31, 2024

Correspondence: Yes

Page 1 of 1

