**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Sophie Kirkpatrick )<br>)<br>v. )<br>)<br>THE PARTNERSHIPS and )<br>UNINCORPORATED ASSOCIATIONS )<br>IDENTIFIED ON SCHEDULE "A" )<br>) | Case No. 25-cv-6656<br><br>Judge: Hon. Manish S. Shah<br><br>Magistrate: Hon. Jeannice W. Appenteng |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on July 15, 2025, at 9:45AM Plaintiff shall appear before the Honorable Manish S. Shah or any judge sitting in his stead and shall present the **Plaintiff's Motion to Exceed Page Limitation, Plaintiff's Motion for Leave to Temporarily Seal Documents,** and **Plaintiff's *Ex Parte* Motion for Entry of a (1) Temporary Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (4) Service of Process by Email Order**.

Dated: July 8, 2025    Respectfully submitted,

By:   s/David Gulbransen/
       David Gulbransen
       Attorney of Record

       David Gulbransen (#6296646)
       Law Office of David Gulbransen
       805 Lake Street, Suite 172
       Oak Park, IL 60302
       (312) 361-0825 p.
       (312) 873-4377 f.
       david@gulbransenlaw.com