# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Sophie Kirkpatrick | Case No. 25-cv-6656 |
| v. | Judge: Hon. Manish S. Shah |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" | Magistrate: Hon. Jeannice W. Appenteng |

## PLAINTIFF'S *EX PARTE* MOTION FOR EXTENSION OF *EX PARTE* TEMPORARY RESTRAINING ORDER

Plaintiff seeks entry of a 14-day extension of the SEALED EX PARTE TEMPORARY RESTRAINING ORDER granted on July 14, 2025 Docket #15.

Plaintiff and Plaintiff's counsel have been working diligently with the various Internet platforms to identify and obtain contact information for the Doe Defendants, but need more time to assemble the contact information and effect service. To date, approximately 65% of the Doe Defendant's contact information has been located.

Plaintiff accordingly asks the court for a 14-day extension of the SEALED EX PARTE TEMPORARY RESTRAINING ORDER, until August 11, 2025, at which time the Plaintiff shall present a motion for a Preliminary Injunction.

Dated: July 24, 2025                                  Respectfully submitted,


                                                      By:     s/David Gulbransen/
                                                              David Gulbransen
                                                              Attorney of Record
                                                              Counsel for Plaintiff

2

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com