# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Sophie Kirkpatrick | ) | |
| | ) | Case No. 25-cv-6656 |
| v. | ) | |
| | ) | Judge: Hon. Manish S. Shah |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Jeannice W. Appenteng |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

## Declaration of David Gulbransen

I, David Gulbransen, of Oak Park, IL, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Motion for Entry of a Preliminary Injunction and, if called as a witness, I could and would competently testify as follows:

2. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois.

3. Since and pursuant to the Court's entry of a Temporary Restraining Order and its extension of that TRO in this matter, I have been working with third party payment providers to freeze the financial accounts associated with the Infringing Webstores. I have also been working with third party service providers remove infringing listings or disable the Infringing Webstores.

4. Genuine and authentic copies of the unpublished decisions cited in Plaintiff's Memorandum of Law in Support of Motion for Entry of a Preliminary Injunction are attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 8, 2025

By:    s/David Gulbransen/
       David Gulbransen