IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sophie Kirkpatrick | ) | |
| | ) | Case No. 25-cv-6656 |
| v. | ) | |
| | ) | Judge: Hon. Manish S. Shah |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Sophie Kirkpatrick ("Kirkpatrick") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Kirkpatrick's Motion as follows.

This Court finds Kirkpatrick has provided notice to Defendants in accordance with the Temporary Restraining Order entered July 14, 2025, DOCKET NO.15 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, on a preliminary basis, that Defendants have sold products using infringing and counterfeit versions of Kirkpatrick's federally registered copyrights, which are protected by U.S. Copyright Registration No(s). VA 2-419-862, VA 2-419-864, and VA 2-419-866 (the "Kirkpatrick Copyrights").

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary

Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Kirkpatrick's previously granted Motion for Entry of a TRO establishes that Kirkpatrick has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Kirkpatrick will suffer irreparable harm if the injunction is not granted.

Specifically, Kirkpatrick has proved a prima facie case of Copyright infringement because (1) the Kirkpatrick Copyright are distinctive marks and are registered with the U.S. Copyright Office, (2) Defendants are not licensed or authorized to use any of the Kirkpatrick Copyrights, and (3) Defendants' use of the Kirkpatrick Copyrights are causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Kirkpatrick. Furthermore, Defendants' continued and unauthorized use of the Kirkpatrick Copyright irreparably harms Kirkpatrick through diminished goodwill and brand confidence, damage to Kirkpatrick's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Kirkpatrick has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:
    a. using the Kirkpatrick Copyrights or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Kirkpatrick product or not authorized by Kirkpatrick to be sold in connection with the

        Kirkpatrick Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Kirkpatrick product or any other product produced by Kirkpatrick, that is not Kirkpatrick or not produced under the authorization, control, or supervision of Kirkpatrick and approved by Kirkpatrick for sale under the Kirkpatrick Copyrights;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Kirkpatrick, or are sponsored by, approved by, or otherwise connected with Kirkpatrick;

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Kirkpatrick, nor authorized by Kirkpatrick to be sold or offered for sale, and which bear any of Kirkpatrick Copyrights, including the Kirkpatrick Copyrights, or any reproductions, infringing copies, or colorable imitations.

2. Upon Kirkpatrick's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Amazon.com, Inc., eBay, Inc., Walmart, and Etsy (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Kirkpatrick expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and;

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Payoneer, Strile, Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Kirkpatrick's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Kirkpatrick Copyrights.

4. Kirkpatrick may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by

electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website or by sending an e-mail to any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "AirEase and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

5. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules.

6. The $38,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

7. All previously sealed documents are hereby unsealed.

DATED: August 12, 2025

Hon. Manish S. Shah

## Schedule A

| Doe | Store Name | Merchant ID |
|---|---|---|
| 1 | AirEase | A236H0WCQ982NZ |
| 2 | Chengdegaoxinquhongchendianzishangwu | A1OFY20NSWES1N |
| 3 | HongDuo | A25TEH1558ENMX |
| 4 | KXDBH | A299A5C7A3QQGT |
| 5 | linxiansichengmaoyi | AF7N9TMYF4BDS |
| 6 | xiangyangshipengzhishangmaoyouxiangongsi | A26KZIRCA55KKS |
| 7 | MING YA | A1PFB8SEWTLE7Z |
| 8 | Rockyee | A392O8C3ZW35FR |
| 9 | SCGUSA | ABOROCYKJDKGA |
| 10 | UQRUI | A23K7BI5UWTE5C |
| 11 | WangZiHanShangMao | A2GOLKL3NGT77M |
| 12 | WenChangQiShop | A36UNAMNC5G7GF |
| 13 | wenxinchenyu | A2JX3XFZ0NYQ26 |
| 14 | Xiao Yu Guo Guo Store | A14BZ5IT8DBE21 |
| 15 | 梁溪区龙珠互联网电子商务店 | A1JCRVBP11FFM7 |
| 15 | 梁溪区龙珠互联网电子商务店 | A1JCRVBP11FFM7 |
| 16 | NPBIYOYG | AQX4QKVQC3210 |
| 17 | Mageeki | ANPSAQ70L749M |
| 18 | Prefdo | A3DV72QT33UUBY |
| 19 | v2croft | AJK9LETNWQS38 |
| 20 | dongguanshijiaoqiongmaoyi | AQUVL0M4KPN9X |
| 21 | aabb881-0 | aabb881-0 |
| 22 | koreyoshi239 | koreyoshi239 |
| 23 | Lumen | Lumen |
| 24 | Lucky Cat Curiosities | Lucky Cat Curiosities |
| 25 | Bestow | 102640974 |
| 26 | foshanshixiaolinkejiyouxiangongsi | 101626162 |
| 27 | GGguanxuan | 102738732 |
| 28 | HONGXUE Co.Ltd | 101680639 |
| 29 | Integrity Quotient | 102718062 |

6

| 30 | JHBWD Co.,Ltd | 101674023 |
| 31 | shaoguiping258 | 101653575 |
| 32 | Sky life | 102641004 |
| 33 | XUHOG | 101661745 |
| 34 | yanwan | 102638422 |
| 35 | ZIWEN Co.Ltd | 101606416 |
| 36 | HEROO Store | 102627974 |
| 37 | Prefdo | 101551774 |
| 38 | v2croft | 101551777 |