### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Sophie Kirkpatrick ) | |
| ) | Case No. 25-cv-6656 |
| v. ) | |
| ) | Judge: Hon. Manish S. Shah |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Jeannice W. Appenteng |
| IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGEMENT**

Plaintiff Sophie Kirkpatrick seeks entry of Default and Default Judgment against all Defendants excepting Does already dismissed. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: September 6, 2025        Respectfully submitted,


By:   s/David Gulbransen/
      David Gulbransen
      Attorney of Record

      David Gulbransen (#6296646)
      Law Office of David Gulbransen
      805 Lake Street, Suite 172
      Oak Park, IL 60302
      (312) 361-0825 p.
      (312) 873-4377 f.
      david@gulbransenlaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the September 6, 2025, the **Plaintiff's Motion for Entry of Default and Default Judgment** was filed with the CM/ECF system. The Defendants will also be provided notice on September 6, 2025, via e-mail to the e-mail to the address supplied by the Defendants to their respective webstore hosts and via their webstores per the terms of the TRO.

By:   s/David Gulbransen/
     David Gulbransen
     Attorney of Record

     David Gulbransen (#6296646)
     Law Office of David Gulbransen
     805 Lake Street, Suite 172
     Oak Park, IL 60302
     (312) 361-0825 p.
     (312) 873-4377 f.
     david@gulbransenlaw.com