**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Sophie Kirkpatrick )<br>)<br>v. )<br>)<br>THE PARTNERSHIPS and )<br>UNINCORPORATED ASSOCIATIONS )<br>IDENTIFIED ON SCHEDULE "A" )<br>) | Case No. 25-cv-6656<br><br>Judge: Hon. Manish S. Shah<br><br>Magistrate: Hon. Jeannice W. Appenteng |

**Declaration of David Gulbransen**

I, David Gulbransen, of Oak Park, IL, declare as follows:

1. I am over 18 years of age. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Motion for Entry of Default and Default Judgment, if called as a witness, I could and would competently testify as follows:

2. I hereby certify that the Defendants in this case have failed to plead or otherwise defend this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

3. In coordination with Plaintiff in this case, I investigated the infringing activities of the Defendants, including attempting to identify the owner of each webstore and its contact information. Our investigation confirmed that the Defendants are primarily domiciled in China and overseas. As such, I am informed and believe that the Defendants are not active-duty members of the U.S. armed forces.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 6, 2025

By:   <u>s/David Gulbransen/</u>
       David Gulbransen
