**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Sophie Kirkpatrick )<br>)<br>v. )<br>)<br>THE PARTNERSHIPS and )<br>UNINCORPORATED ASSOCIATIONS )<br>IDENTIFIED ON SCHEDULE "A" )<br>) | Case No. 25-cv-6656<br><br>Judge: Hon. Manish S. Shah<br><br>Magistrate: Hon. Jeannice W. Appenteng |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on September 11, 2025 at 9:45AM, Plaintiff Sophie Kirkpatrick shall appear before the Honorable Manish S. Shah or any judge sitting in their stead and shall present the **Plaintiff's Motion for Entry of Default and Default Judgment.**

Respectfully submitted,

By:   s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.

2

## CERTIFICATE OF SERVICE

I hereby certify that on the September 6, 2025, the **Notice of Motion, Plaintiff's Motion for Entry of Default and Default Judgment** and **Memorandum of Law in Support of Plaintiff's Motion for Entry of Default and Default Judgment** was filed with the CM/ECF system. The Defendant's will also be provided notice September 6, 2025, via e-mail to the e-mail addresses the address supplied by the Defendants to their respective webstore hosts and via their webstores per the terms of the TRO.

By:   s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com