IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sophie Kirkpatrick | ) | |
| | ) | Case No. 25-cv-6656 |
| v. | ) | |
| | ) | Judge: Hon. Manish S. Shah |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Sophie Kirkpatrick ("Kirkpatrick") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Kirkpatrick having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Kirkpatrick having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that, by virtue of their default, Defaulting Defendants have sold

products using infringing and counterfeit versions of Kirkpatrick's federally registered Copyrights (the "Kirkpatrick Copyrights") to residents of Illinois.

A list of the Kirkpatrick Copyrights is included in the below chart.

| Registration Number | Registered Copyright |
|---|---|
| VA 2-419-862 | 8 Rainbow Birds on a Branch |
| VA 2-419-864 | 10 Rainbow Birds on a Branch |
| VA 2-419-866 | 12 Rainbow Birds on a Branch |

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Kirkpatrick's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Kirkpatrick Copyrights or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Kirkpatrick product or not authorized by Kirkpatrick to be sold in connection with the Kirkpatrick Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Kirkpatrick product or any other product produced by Kirkpatrick, that is not

        Kirkpatrick's or not produced under the authorization, control, or supervision of Kirkpatrick and approved by Kirkpatrick for sale under the Kirkpatrick Copyrights;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Kirkpatrick, or are sponsored by, approved by, or otherwise connected with Kirkpatrick; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Kirkpatrick, nor authorized by Kirkpatrick to be sold or offered for sale, and which bear any of Kirkpatrick's Copyrights, including the Kirkpatrick Copyrights, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell counterfeit and infringing goods using the Kirkpatrick Copyrights; and

3

        b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Kirkpatrick Copyrights or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Kirkpatrick product or not authorized by Kirkpatrick to be sold in connection with the Kirkpatrick Copyrights.

3. Upon Kirkpatricks's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Kirkpatrick Copyrights.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Kirkpatrick is awarded statutory damages from each of the Defaulting Defendants in the amount of $5,000.00 for willful use of counterfeit Kirkpatrick Copyrights on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held

by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Kirkpatrick as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Kirkpatrick the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Kirkpatrick has recovered full payment of monies owed to it by any Defaulting Defendant, Kirkpatrick shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Kirkpatrick identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Kirkpatrick may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

This is a Default Judgment.

Dated: September 11, 2025

Manish S. Shah
United States District Judge

Schedule A

| Doe | Store Name | Merchant ID |
|---|---|---|
| 1 | AirEase | A236H0WCQ982NZ |
| 2 | Chengdegaoxinquhongchendianzishangwu | A1OFY20NSWES1N |
| 3 | HongDuo | A25TEH1558ENMX |
| 4 | KXDBH | A299A5C7A3QQGT |
| 5 | linxiansichengmaoyi | AF7N9TMYF4BDS |
| 6 | xiangyangshipengzhishangmaoyouxiangongsi | A26KZIRCA55KKS |
| 7 | MING YA | A1PFB8SEWTLE7Z |
| 8 | Rockyee | A392O8C3ZW35FR |
| 11 | WangZiHanShangMao | A2GOLKL3NGT77M |
| 12 | WenChangQiShop | A36UNAMNC5G7GF |
| 13 | wenxinchenyu | A2JX3XFZ0NYQ26 |
| 14 | Xiao Yu Guo Guo Store | A14BZ5IT8DBE21 |
| 15 | 梁溪区龙珠互联网电子商务店 | A1JCRVBP11FFM7 |
| 15 | 梁溪区龙珠互联网电子商务店 | A1JCRVBP11FFM7 |
| 20 | dongguanshijiaoqiongmaoyi | AQUVL0M4KPN9X |
| 21 | aabb881-0 | aabb881-0 |
| 22 | koreyoshi239 | koreyoshi239 |
| 23 | Lumen | Lumen |
| 24 | Lucky Cat Curiosities | Lucky Cat Curiosities |
| 25 | Bestow | 102640974 |
| 26 | foshanshixiaolinkejiyouxiangongsi | 101626162 |
| 29 | Integrity Quotient | 102718062 |
| 30 | JHBWD Co.,Ltd | 101674023 |
| 31 | shaoguiping258 | 101653575 |
| 32 | Sky life | 102641004 |
| 33 | XUHOG | 101661745 |
| 34 | yanwan | 102638422 |
| 35 | ZIWEN Co.Ltd | 101606416 |
| 36 | HEROO Store | 102627974 |

6